IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-50716
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ROBERTO NOEL SOLIS,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. W-97-CR-35-10
--------------------
April 11, 2002

Before SMITH, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:[*]

     Counsel appointed to represent Roberto Noel Solis on appeal
has filed a motion for leave to withdraw and has filed a brief as
required by Anders v. California, 386 U.S. 738 (1967).  Solis has
filed a response.

     Because neither Solis nor his attorney filed any pleading
evidencing an intent to appeal within the 40-day period
prescribed in FED. R. APP. P. 4(b)(4), the district court was
without authority to extend the time for filing an appeal.  See
United States v. Awalt,  728 F.2d 704, 705 (5th Cir. 1984).

---

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Therefore, we lack jurisdiction to consider Solis' appeal.
<u>See</u> <u>id.</u> Accordingly, the motion for leave to withdraw is
GRANTED, counsel is excused from further responsibilities herein,
and the APPEAL IS DISMISSED for lack of jurisdiction. Solis'
motion for appointment of counsel is DENIED.